Case of the day, Marathon Petroleum et al. v. Secretary of Finance for the state of Delaware, No. 16-4011. I would like to reserve five minutes for rebuttal. That'll be granted. May it please the Court. My name is Diane Green-Kelley, and I represent the plaintiffs in the District Court, Marathon Petroleum, Speedway LLC, and the two prepaid special purpose entities. New Jersey Retail Merchants Association v. Cinnamon Airstat was a private party suit against the state of New Jersey, in which this Court upheld the entry of a preliminary injunction holding that the private plaintiffs... We're familiar with that case, and I think we... I know I've got a lot of questions for you, so let's just get right into it if we can. Sure. First question I've got is, is it possible for a case to be ripe on one issue and not on another? Is it possible that this could be ripe as to your question about whether or not there's standing for a private party to get up here and make the arguments you want to make, but not ripe as to where the process is? That is, you're complaining about the administrative process itself. Is that legally an issue for you? Is it even possible to be ripe on one thing and not on another? I think it is, because, first of all, one is a threshold question to the other, and it may be that the... And we assert that the District Court erred in ruling that a private party lacks standing to enforce the federal law on some grounds that fraud might be alleged. There is no case out there that anyone has cited that says that a private party lacks standing merely because they're alleged to have engaged in some fraud. So it could be that you've got ripeness to that issue, but not as to your challenge with respect to the status of the proceeding itself that is the administrative proceeding? I would assert that it's possible. I know you don't think that's true, but it is possible. Yes, because in any hub, this Court held that if it is evident that the result of the process must lead to conflict preemption, it would define logic to hold that the process itself cannot be preempted and that a complaint seeking the result would not raise a ripe issue. Sure, and that is that first step where you say, well, it's clear that we do have... That assumes that first step, that the second step can't be right if the first step goes the way you say it goes. But that's assuming the question we're here to discuss. And you have throughout characterized the Texas cases as posing a two-prong test, but it's really a three-part test, isn't it? That the very first step is to figure out what the creditor-debtor relationship is, right? Yes, actually, we argued, the appellees argued it's a two-step process. We argue it is a three-step process and that that three-step process that was established in Delaware v. New York is a part of the substantive law. I thought, and I agree, which made it puzzling to me when I read in your reply brief that what you characterized as the fraud exception that the district court applied is an improper third step in the test. There are already three steps, right? And the first step is you've got to define that relationship. So explain why you don't fail at the first step. Because I take their argument to be, maybe not framed in these terms, but I take their argument to be we're allowed to figure out what the debtor-creditor relationship is. They want to cut that off and say we can't talk about that. But we're entitled to talk about that at step one and they want to just skip over that and go to step two and three. What's wrong with them inquiring into and trying to understand the character of the debtor-creditor relationship? Nothing. In fact, in Freehold co-generation, the court held that that inquiry, and here, that inquiry is simply a matter of law, of contract interpretation. The relationship, the contract between the... It doesn't matter. Is that the position you're taking? If you had the papers, if you papered it up correctly, you could have all kinds of fraud going on in the background. That is, you could say that these are separate entities while they're not actually. They're alter egos. Or you could say that this card entity is actually performing services when it isn't. It's a shell. But because you papered it right, it's sealed off from review. That's your legal position. No, the legal position... That is your legal position. How do you get around their assertion that there are facts here we're entitled to inquire into at step one of the Texas Trilogy cases? Our assertion is that they can go into step one, but that here, as in Freehold co-generation, it is a question of law. There is a contract between the issuer of the gift card and the consumer who buys it. That is the relationship that sets up who is the debtor and who is the creditor. And once that was determined... But that's a little variable. I mean, it may be determined for you, but not for the other side. I understand where you're coming from, and I think it's a sensible position to say they're entitled to take a look. But I also get your argument that, hey, this is a limitless principle, and it could go on for nine years and cost us millions of dollars. What is a limiting principle to this? The limiting principle is the federal law that says, essentially, and as this court held in New Jersey Retail Merchants, if Delaware lacks authority, and remember, the Supreme Court said in Texas v. New Jersey at page 675 that this federal law was determining which state would have jurisdiction over the property. And in Delaware v. New York at page 498, the court said it was to determine which state was allowed to have the property, who had the power and the right to the property. Let's bring it right to this case, then, because I'm a little bit confused. This case comes to us on a motion to dismiss. What's the most you can get here? I mean, you're asking for injunctive. You don't expect us to issue an injunction, do you? Wouldn't we have to remand it for further proceedings? Well, the court doesn't have to remand it if there are exceptional circumstances. And in Freehold Code Generation, the court said those exceptional circumstances exist when, as here, the issues were fully briefed in the district court and in looking at this in context. Tell me how we have enough on this record, because both as to rightness and the ultimate legal question on preemption, they're premised on a finding of fact as to who is the holder, right? And there hasn't been any determination of that in any court for us to review at this point. And that itself seems to turn on a question of the documents in the record with a dispute between the parties that really is about the scope of discovery. And isn't there a mechanism in the court of chancery if they were to seek a subpoena for there to be objections and for the court there to determine the appropriate scope of discovery to make a determination? Doesn't that go to rightness even on that question, at least in the sense of exhaustion? Even on a motion to dismiss, the record can include the documents that are referenced in the complaint. Here, the record is complete because the contracts which we have attached to our motion to dismiss and can be considered by the court established what the legal relationship is, even in Delaware versus New York. Well, that's the question, right? You say that that's it. We gave you the paper, and the paper says we're separate entities. And there can be no further inquiry. That really is your legal position, isn't it? Yes, because in New Jersey Retail Merchants, this court said that when there are special purpose entities that are organized outside of New Jersey, New Jersey can't claim the address unknown gift cards. That wasn't the issue there. The issue there, that wasn't even in contention in New Jersey Retail Merchants, whether or not the existence of the entity was somehow fraudulent or a sham. The issue was could they make presumptions that would put the money back in New Jersey. Here, we're dealing with what seems to be a different point of contention. Look, I think I get it, that in the end, you're saying Delaware has got a bunch of greedy state bureaucrats that just want their hands on our money, and they say these are people who may be trying to hide the ball, and we're entitled to look at that, and don't establish a broad principle that's going to limit us from getting at fraudsters. I kind of get that it's about the money, but at least in this case, the assertion is we ought to be able to look behind a paper facade at least a little bit. You can't tell us we can't do that. So what's your authority for the position that if you give them a piece of paper, all bets are off? If you establish something and it's beyond reach to look past that. Well, the authority is that the federal law gives a state jurisdiction. There are only two states that have jurisdiction over property under the federal law. The state of incorporation of a state claiming under the secondary rule and the state of the owner's address under the primary rule. That's it. What they want to do is create a multiple liability. Hey, I live in Indiana. On the corner, a mile and a half from my house, there's a speedway and a marathon kitty corner. They sell gift cards there. They can be redeemed there. Why can't Indiana pass a law like 1184 and say, hey, you incorporated in Ohio to avoid my Indiana street law? Well, I don't understand. We're not connected, Ms. Green-Kelley. I don't understand their argument to be that you can't organize your affairs the way you want. And, in fact, organize in Ohio so as to avoid escheatment. I take their argument to be, or at least their most pointed argument to be, they have an organizational structure which is not real. We are entitled to look behind it because if you look behind it, we really are the state of domicile. That is, for every functional purpose, those entities may not be real and they cite that case from the Superior Court. What is that? State versus card compliant, LLC, and say, we're having to deal with this. There's, in effect, corporate fraud going on. That's completely different than saying, well, Indiana could pass a law that ignores Ohio law. Well, first of all, they are auditing, and they have been auditing for nine years, the Delaware companies. If those companies had the property, they would fight it. That point is a different point, which is they're abusing the process, but it's not they can't engage in the process. Your first argument here, and the one I'm trying to press you on, is they cannot engage in the process at all. And I'm trying to test the tenability of that with you. If your real argument is they've abused the process, that's a different thing, right? Yes. Okay. But it creates context, because here, the context is, and the district court properly looked at the context. I mean, the Temple Inland case found that this audit was a game of gotcha, in part because of a troubling interpretation of the secondary role. And after the briefing in this case, what did the Secretary of Finance do? He announced published regulations on April 3rd that says, we're going to do exactly what we did in Temple Inland. So what? I thought your argument went beyond just the production of the contract was sufficient as a matter of law. I thought it was that further investigation is perfectly appropriate, but here you've produced lots of background documents like bank account statements and signatory information and minutes of board meetings. And the sorts of things that are listed at least appear to have been produced from the index that was filed in the district court attached to your declaration on the preliminary injunction motion. And that that was enough as a matter of law. Is it now your position you're asking us to say that simply the production of a sales agreement, that the contract itself is sufficient as a matter of law to establish who is a bona fide holder? In Delaware v. New York, the Supreme Court determined that the nominees, the brokers, were the relevant debtors because of a contract that it had with the beneficial owners. There was no need to go further. If you go further, you are now conflicting with the, and you're creating an obstacle to the fulfillment of the purpose of the federal law. So the answer to that question is yes. Your position is we hand you the contract and that's enough. Because that is the contract that establishes, as a matter of law, the relationship between the issuer and the consumer. That's the only relationship at issue here in Eschete. There is no room for fraud in Eschete. There isn't? No, there isn't. Because it's a question of very... What was going on in state v. card compliance? So you're saying that an organization could say we have an Ohio subsidiary and they could even not have an Ohio subsidiary, they could have a fraudulent document that pretends to have an Ohio subsidiary. And if they hand that paper over, that's it. Because there's no such thing as fraud in Eschete. Well, it's a public matter whether a company is incorporated in the state. Card compliance is not an Eschete case. It's a False Claims Act case. And the allegation there is different than here. The allegation there is that the Delaware companies issued the gift cards and kept the property and then tried to, through contracts, transfer the liability to a third party. That's not this case. Isn't that where most of other documents come into play? For example, where are the funds? In which corporation's bank account are those funds located? Now, you may have enough in the record, although it doesn't appear to have been produced in the district court to this point, that shows that you've put the funds, the relationship, the functioning, the documentation of what's actually happening through minutes of corporate meetings. Maybe there is enough that could be produced to make that record, but it sounds like you're conceding that beyond just the contract, that where the funds actually are, the actual functioning of an entity as the holder, would be a relevant subject of inquiry. I see my time has expired. No, by all means, answer. Okay. We think that the contract that establishes the debtor-creditor relationship, which is the terms and conditions of the gift card, is enough. And as a matter of law, it's not a subjective interpretation. It's an objective analysis contract interpretation. And it establishes who the debtor is and who the creditor is. And consistent with the federal policy of administrative ease and not deciding case by case, that is where it stops. It decides who the debtor is and who the creditor. It isn't saying no state has authority over the property. It's just not Delaware in this case, because the debtor is an Ohio company without addresses, and the creditor is the consumer under a simple contract between them. What if we don't agree with you on that point? What would be the appropriate next step, or what would you ask us to do as your backup argument? Well, I would ask that you rule and reaffirm that a private party has standing to enforce the Texas Trilogy of Cases Against a State in a dispute, and that under New Jersey Retail Merchants, reaffirm that an issuer, a debtor, who is incorporated outside of Delaware and lacks owner addresses, is outside the jurisdiction and not within the scope of the Delaware estate statute. And then the question becomes one of process, right? Then the question becomes, at that point your argument is, that legal framework is established. You are, under Morton Salt, their own case that they rely on, you, Delaware, are abusing the process. Yes. Okay. Can you give us your position on how alter egos are treated under the Texas Trilogy? Well, alter egos is really more like you're looking at piercing the corporate veil, and that only comes into play when a debtor doesn't have the funds to make good on a debt. And so they say, hey, you deliberately made sure you didn't have capital to pay the debt, and so now we're going to go to your parent because they really control you. That's not this case. You don't have a situation where anybody is alleged that these gift card companies can't honor their agreement with the consumer. So you just said piercing the corporate veil? That's sort of what they're saying. I believe that the state is saying, well, we can pierce the corporate veil, but that doesn't have a place in this sheet because the debtor and creditors. In any circumstances? Pardon me? In any circumstances piercing the corporate veil is just not possible? Correct, because it is just a decision. That's true, because in any circumstance, it's just a uniform, simple, administratively easy process to decide which state gets the property. Well, how is it administratively easy or fair or right to say that alter ego veil piercing principles, which exist in every other area of the law precisely for the reason that some people will abuse corporate forms, are principles of law which don't apply in the estate realm so that individual entities, private entities, could abuse and cheat and be fraudulent in their use of corporate forms and nobody can look at it? Because in the end, that's what you're saying. In the end, you're saying alter ego analysis has no place here and we can do whatever we want. Don't look further. What authority do you have for that principle? Because certainly it's not from the Texas cases. They don't say fraud is okay. But you're taking the cart before the horse because the state might arguably have an alter ego argument if when it was already determined they had authority to cheat the property, the property didn't exist anymore because they didn't have the funds and they were deliberately undercapitalized. But that doesn't go to who gets authority. When you say the cart's before the horse, I didn't set the order. The Supreme Court set the order. Three steps and the first step is what? Establish the debtor-creditor relationship. Alter ego theory goes to that very question. Who is the debtor? Who's the debtor in this? Is it the entity in Ohio or is it actually the Delaware entity because there is no real entity in Ohio because the Ohio entity is only the alter ego of the Delaware company. That is the question at the very first step as set out in the three-part test set by the Supreme Court. How can you walk away from that question? Because it doesn't come into play unless and until the debtor lacks the funds to make good on it. And that doesn't happen until after the state with authority over the property has been determined. And that's, I guess, where we're running in a circle now. Because you're saying that that which state question is decided strictly on the face of papers and they're saying, as I understand it, that that can be tested. So I guess I got your position. It's not the papers. It's the agreement. It's the law, the legal binding agreement. It's what the Supreme Court said creates the property at issue. It's the promises. I just want to clarify your argument, at least as I understood it from the briefs. Are you arguing now that so long as there are separate incorporated entities, that corporate formalities were observed, that even if a company meets the definition of alter ego, the subsidiary is the agent, is controlled, that the subsidiary will be deemed the holder? Or are you arguing that with what you have already produced in documentation, you have demonstrated that this is not, there's not an alter ego relationship between the parent and subsidiary here so that it's appropriate to deem the subsidiary a bona fide separate entity and thus the holder? Which of those are you arguing? It's really both because we did produce enough to determine that. But the fact of the matter is that the determination of which state has authority and jurisdiction over property is very straightforward. There's no room for fact inquiry. If Delaware says I'm taking this property, another state can also say I'm taking this property under the same alter ego theater. What if there are two members? What if there's a Delaware member and an Indiana member? Which of those two members of the LLC are you going to look to as to the alter ego? Indiana and Delaware are going to claim that property under this theory that the state has. It's a simple, the Supreme Court said Delaware versus New York. It's a simple issue of taking judicial notice that an entity is incorporated someplace and that's the place you look to for the secondary rule regardless of anything else. Thank you, counsel. We'll hear from you on the phone. Good morning. My name is Steve Rosenthal of the firm of Loeb & Loeb, and I'm here representing the Delaware state officials. I'm sure you have many questions for me. Let me just start with one proposition which I think answers a lot of your questions. It runs across the line. Our ripeness position is that this case is not ripe because what's occurred up until now is entirely voluntary. They keep talking about an abusive investigation. That's a fact question. They say it's not entirely voluntary, that you came to them and you threatened them. You threatened them with enforcement actions, triple damages, fees and costs. You dragged them through nine, almost ten years. There's a lawsuit that's occurring now with 86 others. Yeah. I mean, it takes a little bit of hoops to stand up and say that's all voluntary. This isn't ripe at all. Your own case, Morton Salt, talks about how at a certain point a process can go too far, be abusive, and be the basis for a cause of action. That seems to be part of what they're saying, and that's what the district court looked at and said, yeah, it looks like there's an issue there that needs to be resolved. How can you stand up and say, it's all just voluntary, just a couple of good friends sitting down, no fight here? Well, let me respond in two ways. Number one, the reason it's voluntary is because they can at any point, you talk about an abusive investigation, they can say we're not going to comply. It is not a factual issue that as a matter of Delaware state law, there are no criminal or civil penalties or any penalty whatsoever from them telling the auditor, go away. The only way we can enforce it, Judge Jordan, in the real world. Is there a penalty when somebody says to you, if you don't do X, I'm calling the attorney general and I am going to see to it that there is both enforcement and we'll ask for trouble damages and fees. Is that not a real threat? Your Honor, with all respect to my opponent, what the letter talked about, it's one sentence, was an enforcement action. There is no, no, no implication that this was a false claims act case. That's a fact question, right, whether you were really threatening him or not. It's not a legal question that it's all voluntary and there can never be a threat. You seem to be acknowledging that the process itself, even though it's not in enforcement through the attorney general, the process itself can become abusive in the eschete auditing process, correct? Let me go to the second point I was going to make because I think this responds to your point. The reason we believe this ripeness issue does deal with the abusive process is that there is sitting there a limiting principle and that is that if they really believed we were abusive to them, if we sought a subpoena from them which they thought was abusive, there is a tribunal, the court of chancery, which is fully capable of protecting them. They came to this court, to the federal system, to deal with what is essentially a state claim, an abusive investigation. This is a matter for the states to deal with and I don't have to tell this court about the plenary powers of the chancery court. Could it never be a case where a federal right under federal common law is implicated? Let's assume for the sake of discussion that we disagreed with you about ripeness and we got into the merits here and we are asking ourselves the very point which you are making right now which is if they've got a cause of action, what does it look like? Is it your position that there can never be a private cause of action for abuse of this eschete process? And if that's true, how do you square that with our New Jersey retail merchant opinion? I think I can answer both of those questions, your honor. First of all, I think that the federal, that first of all dealing with New Jersey, the New Jersey case, even if one assumes there is a private right of action which we are assuming for present purposes, New Jersey was a very different case. New Jersey was a case in which a non-domicile state, non-addressing state, it was a state that was asserting a third priority. Everyone recognizes that and it was recognizing a right of action on the part of someone who was being ordered to turn over property under a third priority rule to provide that property to the state of New Jersey. It is entirely reasonable and logical for this court to say there was a private right of action under that circumstance and not to extend that principle to this case. Why not? What is the thing that makes it unwise or wrong or outside the precedence to consider that there could be something outside the federal common law that no one else will address if a private party doesn't address it? The hire is not going to come in. They don't have an eschete law. So the only person who's got an interest in seeing that Delaware doesn't color outside the lines and could bring a suit would be a private party, right? You're right. But, Your Honor, I was going to get to the critical distinction which I think is the limiting. Those all dealt with substantive claims. Delaware, and this is the critical point here, Delaware is making no substantive claims. All of what my opponent has been referring to is Delaware can't claim this property, can't claim this property. We're not claiming anything. We, by statute, adhere strictly to the trilogy. With all due respect, that seems to be just avoiding what's right on the table in front of us. You're saying we're not doing anything except what the Texas Trilogy says. That doesn't meet their argument, which is they are abusing the process. They have a process. And, you know, back when the Texas Trilogy was written, it was addressing an instance where states were rushing to see who could get it. But now, after Texas, the incentives are perversely for a state like Delaware to slow roll it, to step back, to let potential claims mount, to not really do things, and then to step in and start saying, give me records for the last 10 years, the last 15 years, drag it out, death by a thousand cuts. And that's not ordinary investigation. It's the use of process to beat somebody down when there's no right. And to do that is a violation, in essence, of federal common law. And they haven't framed it that way, but Judge Sweet looked at it and said, it shocks the conscious and it violates due process. So to say there's nothing to see here, nothing to see here, aren't you just blowing past all the factual allegations of the complaint? No. It sure feels like it. It really is not the case. And bringing up Judge Sweet's decision is just the point. That case was a case in which the process was completed and we were making a substantive claim for property. And he was determining that the use, that the whole process together, the way we used estimation, the timing factor, the absence of records, created a due process problem in that case. We're not there yet. We are not claiming any property. We are simply, as one of you pointed out, we are simply at the beginning stages of an inquiry. Nine years in? No, but Your Honor, I understand the nine-year issue. But this issue, the one about the rest of the case, it hasn't been formally ended. But that part of the investigation dealt nothing with. Mr. Rosenthal, you're skipping ahead in your answer to Judge Rosen's question. I'm not trying. I hope I'm not. Let's assume with any hub that if there is a substantive claim, that we would recognize process preemption as well and focus on the question of private party standing, whether the district court here was confusing the basis for the Supreme Court's with a real question of standing. Don't we, following our own New Jersey retail case, plus looking at the fact that there were private parties originally in the Texas Trilogy, isn't that enough to say that private parties, we can talk about process preemption versus substantive claim, but that private parties have standing? Can we at least get your position on that narrow issue? On the narrow issue, our position is that the Trilogy does not grant private rights. And what's the policy reason for that? How does drawing that line further the interests that were articulated by the court? Well, my policy argument is it never came in front of the court, which is why it never had to deal with the issue. I concede, however, not that this court explicitly dealt with the private rights of action, but it was implicit in New Jersey merchants, because it entertained that claim as a matter of strict holding. It wasn't a holding of this court. But let me urge you to limit. Let me make three arguments that respond to you. Number one, conceding that New Jersey merchants held there was a private right of action, that dealt with substantive rights. It did not deal with a right to audit. And I think this court can fully hold that the Trilogy applies to substantive rights, like what was asserted there, without having to go and say that that necessarily grants a private right of action on a process issue. Secondly, and here's a point which I don't think has been emphasized enough. If you look at the structure of the Texas Trilogy, the Texas Trilogy gives primacy to the domiciliary state, because they're the residual holder of property. If you look at the way this system operates as a practicality, if there is fraud, the only jurisdiction that will be able to find fraud in a corporate family is the domiciliary of the parent. All we are asserting is a right to investigate a domiciliary and its corporate family going down. If we do not do it, no one will be able to do it. When you say all we are asserting, if that was all you were asserting, then we really wouldn't have to wrestle with the process claim. But we do have to wrestle with the process claim, because the assertion being made is that's really not all that's going on here, that enough was given to you to satisfy you, or should have been enough to satisfy you, that there was no fraud, but that the pressure stays on, the demand for more continues, and the assertions about what you're going to owe us get made, not because you have a legitimate interest in protecting residual holders, but because you've got an interest in sweeping money into the coffers of the state of Delaware, and because Kelmar has an interest in fattening its own wallet as a contingent fee auditor for the state. That's what's really going on here. That seems to me, that is what you've got to address. You can't just say all we're talking about here is satisfy us that there's no fraud, because the factual allegations take us past that, don't they? I do not believe they do. You can read them, but they sure look like they say you are abusing the process against us. In this case, not in some hypothetical, but in this case. First of all, they say we're abusing the process. Our contention is an abuse of process claim is not a federal claim, that that is a state claim. Their federal claim is that as a matter of the trilogy, we are prohibited from claiming certain types of property, and my answer to that is we are not claiming property. If this is an abuse of process case, and I'll grant you that, then their remedy is not in this court. Their remedy is in the Chancery Court. That's a very good point, and one that we should explore right now. Is there no basis, if there is a federal common law right, if you agree that there, for the sake of argument, that there is standing for a private party, and that there is a federal common law right that they can assert. Is it the case, assume for the purpose of discussion that we thought there was. I'm not saying there is or there isn't, but just assume it for this next step to get to what you just said. If there is a private right of action based on a federal common law right, is it possible that that right could extend so far as traditional constitutional remedies? That is, that that common law right is subject to process limitations as well as substantive issues. If you abuse those processes, the due process clause of the U.S. Constitution kicks in. I think that's a massive, well, is there a due process claim here? Maybe independently. Right, and they haven't pled it. I'm not saying they haven't pled it, but I do not believe, and it is our position, that trilogy deals with substantive rights. If we had completed the process and we were claiming money from them, contrary to the three-step, two-step process, it would be entirely appropriate to cite the trilogy. But the trilogy was never intended to deal with investigations and audits. Why don't we cross this bridge with NEHUB? If it is evident that the Delaware entities are not the holder, at the point that that is evident, then surely you would agree that there is at least a potential preemption claim as to the continuation of an audit that would be futile. But we're not even at that point, Your Honor. But that's a factual dispute, right, as to what has been established and what's sufficient for you to be satisfied as to who is the holder. But on the premise, do you agree that if enough is produced, just at step one, to identify the holder, that there is not a basis at that point for Delaware to continue making requests? For example, the requests here are extremely broad and go to raw data. They go well beyond questions about who is the holder. Well, the raw data is necessary in order to look at what we do. We do not agree with that proposition. We believe that it cannot create a federal cause of action for them to provide whatever documents they choose to provide us and give us no opportunity, and they're arguing on the blanket level, no opportunity to go behind that and ask for documents on our own. There may be disputes about are we asking too much, which we believe is a state abuse of process, abuse of administrative process claim, but we do not believe that they have stated a federal cause of action based on simply unilaterally providing us with documents. There's an index to the June 19, 2015 production. That's an exhibit to Ms. Green-Kelley's declaration in the district court with a long list of documents that it represents were produced. Is there any dispute that those documents were in fact produced? I don't look at it, but for purposes of this argument, I don't know that directly, but I'm not going to dispute that if that's in the record, that was produced. What additional documents or additional discovery does Delaware seek, in addition to what has already been produced, to establish the threshold question of who is the debtor for the debtor-creditor relationship in step one of the priority rules? We have not reviewed the underlying financial information. My understanding of this, and I can't give you chapter and verse here because it didn't come up directly in the case, but my understanding is that the materials that were provided to the auditors, the auditors have informed the state, do not provide a complete picture, that there's additional information that's necessary. What additional information is necessary? Well, that there's, I mean, there are bank records and... They represent, they produce bank records. Well, they produce some materials, but my understanding is it was not complete and the auditors have represented that they can't complete an audit based on simply the records that were provided to us. But let me underscore, Your Honor, that this whole issue of what's adequate, what's not adequate, there is a forum where these issues can be dealt with. It should not be a federal claim that we've abused the process  The court in Texas went to pains to say, we want this to be simple, easily applied. And your adversary said, we've given them the contracts. It's right in there. You haven't alleged any type of fraud. Now we're talking about an incredibly expensive, which seems to go against what Texas, the thought and the intent of the decision. Let me explain to you why we're here because it's mentioned in the complaint. It was only at a later point, within the past three or four years, that the state of Delaware learned of the possibility of fraud and abuse in connection with gift cards and similar instruments. We learned about the fact that what appeared on the surface, documents we provided to us, didn't show the real underlying substance. This is why this all came up. With respect to these parties? No. With respect to, I believe, 80 other companies. But there's still gift cards. We're not looking at this because it's not related to the substance. We learned three or four years ago of a problem. Came up late in the day, but this is exactly the area in which the problem was identified. And one side is giving us, they are giving us documents. We are learning about the nature of this alleged fraud. And all we are coming to this court to ask is a right for further inquiry. And they're asking about substance. And maybe we've got your position and there isn't anything more to say about it. When you say all we're asking for is the right to further inquiry and let the state court handle it, at the end of the day, we have to ask the question, is there a preemption which gives these people a right to say, we don't have to go to state court and we don't have to wait until they subpoena us. There's a federal common law right that prevents the state of Delaware from saying, all we want to do is inquire and then spend years rooting around in our stuff and costing us money until we knuckle under and pay them some money. Not to put too fine a point on it, but the amicus and your opponents on the other side, they're painting the state of Delaware as extortionists. You guys aren't doing anything. It's not a pretty way to put it, but they're saying that a third of the state budget depends on this. And they don't care whether there's fraud or not. They'll keep saying, just show us one more thing, just show us one more thing until we just finally say, here, take the money and leave us alone. That is the issue that's squarely in front of us. In that context, that factual context, that is pled at a motion to dismiss stage where we have to accept it as true. Is there a federal preemption? So it doesn't really answer the point to say, all we're asking is just a chance to inquire. It's nothing more difficult than that. We would urge this court that it not extend the trilogy to limiting scopes of investigations where there is an adequate state remedy for dealing with abuse and inadequacy. And I understand. We are saying that it's one thing to hold that there's a cause of action when there is a substantive claim under the trilogy. It's another thing for this court to start supervising investigations. Let me point out and let me emphasize as my last point, there is no case in which any federal court has held that the claim they present, that we're discussing today, exists. Indeed, it goes even further. There is no court that has held that federal law limits investigations in any shape or form. Instead, what you have is a body of case law. We have this court's case in Corrigan. We have mobile oil from the Tenth Circuit, which says it is a federal policy not to interfere with investigations and subpoenas. And in those cases, you had a federal investigation and you had a federal court being asked to intervene. Here we have a state investigation with a state remedy, a powerful plenary proceeding under the new statute. The new statute is absolutely explicit about the court of chancellors' right to supervise. And we contend that this court should not extend these principles into the audit phase substantively. I have a couple last questions. Sure, sure. The new statute, do you contend that this case is governed by the provisions of those amendments? My understanding is that the court has to take the law as it exists at the time it makes its decision. Is Delaware's position, for example, that the time bar on the conduct of the investigation applies to this investigation? Yes, yes. We're not going to, we are prospectively, I'm looking at, yes, the Deputy Attorney General says yes. I mean, my understanding is exactly that, that the restrictions that were imposed by the statute now apply to this investigation. So the 10-year bar, all the rest of the requirements apply. Are we counting from the inception of the investigation or from this point forward for a second decade? We can go back a 10-year period of time. I'm not sure when the 10 years commences. We can provide you with that answer independently if you would like it. Also, you had referenced earlier, I think with regard to some other cases, the possibility of fraud. In this case, after almost a decade of an audit, and with the list of documents that have already been produced in the course of that audit, can you identify any piece of evidence that suggests there is fraud in this case? Since we have not had the opportunity to look at, and our auditors haven't done the investigation, they haven't gone through the process of making an assessment. Are you saying your auditors haven't reviewed the documents that have been produced? No, the auditors have reviewed the documents, but they haven't provided any recommendation. They haven't given an analysis. They've asked for more materials. They have not made, to my understanding, an interim determination as to the existence or non-existence of fraud. They say that what they've gotten is insufficient. And I apologize. I can't be more specific. That issue hasn't been dealt with directly in this case. But let me correct one point, because both your honors made this point about the nine-year investigation, for which I offer no excuses. But this facet, dealing with the gift cards, it's a facet of the investigation, but it's really independent. And it arose recently based on whistleblower and other information which was received, which were the basis of a card-compliant case, which deals with dozens and dozens of companies. And that's why we've gone back in some of the audits to ask for more information. I don't want to leave a question unasked. Thank you, counsel. We're good. Thank you, your honor. Thank you. Your honors. I'd like to make three points, and I can answer your question about the statute. The statute provides now that it's a 10-year statute of limitation that is told as soon as there's a notice of audit. So this audit can go on and on, and it will always go back 10 years from the date it started, which was 2007, which means reports from 1997, which means property from 1992. We're going back more years than the Temple Inland case. It's 24 years. In Temple Inland, the court found 22 years to be a problem. In addition, as long as we're dealing with the statute now, Section 1147 says, a holder may not assign or transfer its obligations to hold for, pay, or deliver property or comply with the duties of this chapter other than to a parent, subsidiary, or affiliate. It is expressly authorized in the Delaware statute that liabilities can be transferred to an affiliate or a subsidiary. The second point I'd like to make on ripeness to address counsel. They talk about, oh, we could issue a subpoena, but they didn't issue a subpoena. They threatened a false claims act case, and here's the important point. They've never disavowed it. Throughout these entire proceedings, they haven't disavowed it. And in the Presbytery of New Jersey of Orthodox Presbyterian Church v. Florio, this court held there were two claims. One was brought by the church, and one was brought by the pastor. The state said, we're not going to sue the church. That claim wasn't right. But they didn't disavow the claim against the pastor, and that claim remained right. They have never disavowed a false claims act case there. I would appreciate if you would address, and I know you've got one more point you want to make, but you've sort of touched on this, so maybe you could address Mr. Rosenthal's assertion that, I don't know whether he's saying it as a matter of comity or what, but he seems to be saying there's an entirely adequate remedy at your disposal, and that it would be unprecedented for us to insert ourselves as federal supervisors of state investigations when you have access to a highly respected judicial tribunal, the Delaware Court of Chancery. If you think the process is being abused, you're free to go there at any point and say, we're not giving you another thing, you want something, go get a subpoena, and then you can take it to the court chancery. What is wrong with that analytical point? Because the federal law established the jurisdiction. In Texas versus New Jersey, the court said this rule establishes a state's jurisdiction over property. And you know, the escheat law isn't the end all. They're trying to use the escheat law to go after fraud, to go after whatever else. The state escheater is authorized to see whether the statute is being complied with. But it's not subject to the statute. I apologize. Let me ask it again this way. Even if it were only as a matter of comity, why would it be wrong to say you have a remedy? If you think the process is abusive, the state provides you a remedy. Use the state remedy. What is, as just a matter of prudence, if you don't want to concede that there's a legal point there, as a matter of prudence, why wouldn't we do that? Because we have a pre-federal preemption claim. And federal courts are better suited to interpret federal law than the state court is. Are state courts better suited to rein in abuses of, or asserted abuses of state investigative agencies? Not under freehold cogeneration. In that case, this court held that when the determination of whether freehold had a legitimate exemption under federal law to the state proceeding, and it was a question of legal interpretation of a contract, that that process could be preempted. Here, this property is exempted from the Delaware statute because there's no jurisdiction of Delaware over this property under the federal law. Once again, you're assuming the point that they're arguing, right? Their argument is we're at step one, and they haven't established that, and they keep assuming what they say is the basis that ends the whole discussion. You're making an important assumption, too, it seems, in that the process preemption argument you're making for why this is something that the federal courts should address requires finding that it's evident that the outcome would be resulting preemption. And as to what is evident, that's where the process comes back into play. That is the scope of the audit, the scope of discovery to establish who is the holder, what has been produced, how much has been produced, and what does it actually show. Why would the federal courts be in the business of supervising what's in essence a discovery dispute rather than allowing the parties to work that out before the state court and have a record developed and some fact-finding as to at least the question of who is the holder. Because that whole state process stands as an obstacle to fulfillment of the federal policy of deciding disputes with administrative ease using a uniform three-step process. Here, the determination of the rights and obligations of the parties, who's the debtor, who's the creditor, is a contractual one. There is nothing else. It's just contractual. The issuer is the debtor. The purchaser is the creditor. There's no other question to ask other than is there an address. So your solution is, in every one of these cases, once a person or party in your position is satisfied they've met step one, they file a declaratory judgment matter in the federal district court, get that, and that's it? No, not unless they've been threatened with enforcement action. And here, we have been threatened with enforcement action and it has never been disavowed that they were going after that. And we don't have to have blinders. Right behind us is Office Depot. They didn't file immediately. They got the same letter on January 26th. It was identical, asking for the same property with the same threat. They didn't sue right away. They got followed by a threatening letter about penalties and then a letter saying we have now turned it over for enforcement to the AG. They then filed. They fully briefed in this court and they're right behind us. This, the federal law, was designed to be simple. If we go through this process of saying, oh, gee, there's an alter ego. Well, it was certainly designed to be simple state to state. But what you seem to be avoiding studiously is that once a private actor gets into the mix, incentives differ. I don't think there was, in the Supreme Court's mind, a concern that the state of New York was fraudulently going to hide something from the state of Delaware. But there is an assertion by the state of Delaware that private parties have an incentive and a strong one to use corporate formalities in an abusive way to hide money. And that's something that is not so readily discernible, that is how to deal with that in the Texas Trilogy. But that's not the job of the estate statute. You've got attorneys general who have afforded. Precisely. That is exactly the point. It's not the job of the estate statute case law that's out there to have addressed those things which are only coming up now. That's why this is an interesting case, maybe not as cut and dry as either side has been making it out to be. Counsel, could you let us know, I guess there are a few things in the pipeline. What else is before our court? Well, there's a case called Plains All-American. I know about that. You know about those. That's a completely different kind of case. There's also a case in the Supreme Court. Twenty-one states have sued Delaware for taking hundreds of millions of dollars of official checks in violation of the statute that changed Pennsylvania versus New York. You know, Pennsylvania versus New York. Is that related to this case in any way? Well, it's context. Is it there on this case in any way? It is context in that what we have here is a rogue state that is not following federal law. They're not following federal statutes. They're not following federal common law in a sheet. I mean, as I said earlier, the Temple- But what's before the Supreme Court to deal with this, is sheet law at all? Yes, it is sheet. It is a sheet of official checks that Congress passed a law after Pennsylvania versus New York because Pennsylvania versus New York was about money orders. And they passed a law saying, you know, for money orders and American Express traveler's checks, we're going to have a place of purchase priority rule by statute. I'll ask you then, and it's not binding on us in any way, of course, but do we have to wait for that decision before we issue one in this case? No. All right. Are there any other cases that are in our pipeline? Not right now. Okay. All right. Okay. All right. Thank you, counsel. Thank you. We thank counsel for their excellent both written and oral arguments in this case. Let's get a transcript of this one, and if the parties could split the cost of that, that would be very much appreciated. Thank you again. We'll take the case under advisement. We'd like to shake counsel's hand at sidebar to express in a more personal way our gratitude. And could the court adjourn?